ANITA DRAUGHTE, Respondent, *v.* AMERICAN PIANO COMPANY, Appellant.

*Draughte* v. *American Piano Co.*, 177 App. Div. 912, affirmed.

(Argued April 30, 1919; decided May 27, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 13, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, by reason of. a collision between a motorcycle upon which she was riding and a motor truck driven by an employee of the defendant. The only question, on appeal, was whether the chauffeur, at the time of the accident, was acting within the scope of his employment.

*Earle W. Webb* and *Joseph Force Crater* for appellant.
*Robert P. Levis* and *Jesse W. Tobey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, CUDDEBACK, HOGAN, CRANE and ANDREWS, JJ. Dissenting: COLLIN and McLAUGHLIN, JJ.